## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANCISCO MENDOZA AND NERI** | * | **CIVIL ACTION NO. 16-17743** |
| | * | **c/w No. 11-3040** |
| **MARTINEZ MENDOZA, INDIVIDUALLY** | * | |
| **AND ON BEHALF OF ERIC MENDOZA** | * | |
| **Plaintiffs** | * | **SECTION "L" (4)** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE: FALLON** |
| **OLD REPUBLIC INSURANCE COMPANY** | * | |
| **RYDER INTEGRATED LOGISTICS, INC.,** | * | |
| **RYDER TRUCK RENTAL, INC. d/b/a** | * | **MAGISTRATE: ROBY** |
| **RYDERTRANSPORTATION SERVICES,** | * | |
| **CVS PHARMACY, INC., CHRISTOPHER** | * | |
| **GUARINO, ALAN INGERSOLL AND** | * | **A JURY IS DEMANDED** |
| **DAWN INGERSOLL** | * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION TO EXPEDITE MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, come Defendants in Cross-Claim, Ryder Integrated Logistics, Inc., Ryder Truck Rental, Inc., Ryder Transportation Services, Inc., Christopher Guarino, CVS Pharmacy, Inc., and Old Republic Insurance Company ("Ryder Defendants"), who submit this *Ex Parte* Motion to Expedite the Submission of its Motion to Quash and Motion for Protective Order. For the following reasons, expedited consideration of Ryder Defendants' Motion to Quash and Motion for Protective Order is both warranted and necessary.

Cross-Claimants issued a subpoena on February 1, 2017, with a return date of February 7, 2017, demanding the production of:

> Any and all correspondence, memoranda, releases, settlement agreements, documents, materials, electronic mails, or any other tangible items, whether stored electronically or otherwise, pertaining to the settlement of your clients, Francisco Mendoza and Neri Mendoza on behalf of Eric Mendoza, referenced in the above captioned matter.[1]

---
[1] Exhibit ___ (Subpoena issued by Cross-Claimants on February 1, 2017),

Ryder Defendants contend this subpoena improperly applies to documents, materials, and items from the mediation between Francisco and Neri Mendoza, individually and on behalf of Eric Mendoza pursuant to La. R.S. 9:4112. The subpoena is also overly broad, unduly burdensome, and not relevant to Cross-Claimants' claims nor proportional to the needs of the case. Further, the subpoena requests production of documents, materials, and items that are subject of a confidential mediation and settlement agreement between Ryder Defendants and the Mendozas.

As there is no available submission date before the return date on the subpoena, Ryder Defendants respectfully request expedited consideration their Motion to Quash and Motion for Protective Order.

WHEREFORE, Defendants in Cross-Claim, Ryder Integrated Logistics, Inc., Ryder Truck Rental, Inc., Ryder Transportation Services, Inc., Christopher Guarino, CVS Pharmacy, Inc., and Old Republic Insurance Company, respectfully request that their Motion to Quash and Motion for Protective Order be considered on an expedited basis.

Respectfully submitted,

/s/Kyle P. Kirsch
MICHAEL R. SISTRUNK (12111)
KYLE P. KIRSCH (26363)
RACHEL S. GUTTMANN (34766)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH
195 Greenbriar Blvd., Suite 200
Covington, Louisiana 70433
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
ATTORNEYS FOR DEFENDANTS OLD REPUBLIC INSURANCE COMPANY, RYDER INTEGRATED LOGISTICS, INC., RYDER TRUCK RENTAL, INC., CVS PHARMACY, AND CHRISTOPHER GUARINO

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system this 6th of February, 2017.

/s/ Kyle P. Kirsch

KYLE P. KIRSCH